**Darlene J. DAVIS, Plaintiff–Appellant,**

v.

**COMCAST CORPORATION, INC.; Joe Minor; Dan Simson, Defendants–Appellees,**

**and**

**Dan Thomas; Rico Wade, Defendants.**

**Darlene J. Davis, Plaintiff–Appellant,**

v.

**Comcast Corporation, Inc.; Joe Minor; Dan Simson, Defendants–Appellees,**

**and**

**Dan Thomas; Rico Wade, Defendants.**

No. 16–1097, No. 16–1169

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2016

Decided: June 23, 2016

Darlene J. Davis, Appellant Pro Se.

Timothy McCormack, Ballard Spahr, LLP, Baltimore, Maryland; Constantinos George Panagopoulos, Ballard Spahr, LLP, Washington, DC, for Appellees.

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

---

\* We note that Davis' Rule 60(b) motions were filed approaching the one-year deadline for filing such motions. See Fed. R. Civ. P. 60(c) ("A motion under Rule 60(b) must be made within a reasonable time, [and on certain

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Darlene J. Davis appeals the district court's orders denying relief on her Fed. R. Civ. P. 60 motion to set aside judgment and her subsequently filed revised motion to set aside judgment and motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.\* Davis v. Comcast Corp., No. 1:13–cv–01513–GBL–IDD (E.D. Va. filed Jan. 13, 2016 & entered Jan. 14, 2016; Jan. 28, 2016). We deny Davis' motion to remand in No. 16-1097. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

grounds] no more than a year after the entry of the judgment of the judgment or order...."). We need not, however, rest our decision on this basis.